IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED ASSOCIATION NATIONAL PENSION FUND,<br>    *Plaintiff,*<br><br>v.<br><br>CHRISTOPHER MCGILL, JR.,<br>VERA DIXON A/K/A CHRYSTAL DIXON A/K/A CHRYSTAL MCGILL A/K/A CRYSTAL MCGILL,<br>MARCIE LYND, INDIVIDUALLY, AND AS SOLE HEIR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF STANLEY HOFFPAUIR,<br>    *Defendants.* | §§§§§§§§§§§§§§§§ CASE NO. 4:22-cv-3250 |

## NOTICE OF DISMISSAL OF DEFENDANT MARCIE LYND ONLY WITHOUT PREJUDICE

The Trustees of the United Association National Pension Fund filed a complaint in this matter September 22, 2022. Defendant, Marcie Lynd, also known as Marcelite Kay Lynd has not appeared in this case and has neither served an Answer nor a Motion for Summary Judgment. Plaintiff files this Notice of Dismissal of Defendant, "Marcie Lynd, Individually, and as sole heir and personal representative of the Estate of Stanley Hoffpauir," Only and Without Prejudice as to all claims and causes of action against Defendant, Marcie Lynd, Individually, and as sole heir and personal representative of the Estate of Stanley Hoffpauir, and in support thereof, would show unto this Court that Plaintiff no longer desires to pursue this case at this time and that all claims in this lawsuit should be dismissed without prejudice against filing any further claims or actions.

WHEREFORE, PREMISES CONDISERED, Plaintiff respectfully requests that this Notice of Dismissal of Defendant Marcie Lynd, Individually, and as sole heir and personal representative of the Estate of Stanley Hoffpauir, Only, Without Prejudice be in all respects granted, with all costs to be paid by the party incurring same.

Respectfully submitted,

 /s/   Douglas M. Selwyn
Douglas M. Selwyn
State Bar No. 18022250
SD TX No. 507
808 Travis Street, 23rd Floor
Houston, Texas 77002
Telephone: (713) 650-3850
Facsimile: (713) 650-3851
dselwyn@cwlaw.com

ATTORNEY IN CHARGE FOR PLAINTIFFS

OF COUNSEL:
CONNER & WINTERS, LLP
808 Travis Street, 23rd Floor
Houston, Texas 77002

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss Defendant Marcie Lynd, Individually, and as sole heir and personal representative of the Estate of Stanley Hoffpauir, Only, Without Prejudice has been forwarded to Defendant, Marcie Lynd, by and through her legal counsel, T. Lynn Walden, Orgain Bell & Tucker, LLP, 470 Orleans Street, Beaumont, Texas 77704-1751 **via first class mail and electronic mail** on this 19th day of February 2024.

 /s/   Douglas M. Selwyn
Douglas M. Selwyn