**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED ASSOCIATION NATIONAL PENSION FUND, <br> *Plaintiff,* <br><br> v. <br><br> CHRISTOPHER MCGILL, JR., <br> VERA DIXON A/K/A CHRYSTAL DIXON A/K/A CHRYSTAL MCGILL A/K/A CRYSTAL MCGILL, <br> MARCIE LYND, INDIVIDUALLY, AND AS SOLE HEIR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF STANLEY HOFFPAUIR, <br> *Defendants* | § § § § § § § § § § § § § § § § § CASE NO. 4:22-cv-3250 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon Plaintiff's Notice of Dismissal without prejudice, it is,

ORDERED that Plaintiffs' causes of action against Defendant, Marcie Lynd (a/k/a Marcelite Kay Lynd), Individually, and as sole heir and personal representative of the Estate of Stanley Hoffpauir, are dismissed, without prejudice.

Done at Houston, Texas, _____ 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

APPROVED:

  /s/   Douglas M. Selwyn_____
Douglas M. Selwyn
SD TX NO. 507
State Bar No. 18022250
808 Travis Street, 23rd Floor
Houston, Texas 77002
Telephone: (713) 650-3850
Facsimile: (713) 650-3851
dselwyn@cwlaw.com
ATTORNEY IN CHARGE FOR PLAINTIFFS