United States District Court
Southern District of Texas
**ENTERED**
February 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED ASSOCIATION NATIONAL PENSION FUND, | § § § |
| Plaintiff, | § § |
| VS. | §   CIVIL ACTION NO. 4:22-CV-03250 |
| CHRISTOPHER MCGILL, JR., *et al.*, | § § § |
| Defendants. | |

# ORDER

Plaintiff United Association National Pension Fund has filed a Notice of Dismissal of Defendant Marcie Lynd. ECF No. 24. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Marcie Lynd are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against the remaining Defendants are unaffected by this Order.

**IT IS SO ORDERED.**

Signed at Houston, Texas on February 20, 2024.

_____
Keith P. Ellison
United States District Judge